**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CELIA RODRIGUEZ SALINAS<br>#A 240-485-965 | CIVIL ACTION NO. 26-0831 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| UNITED STATES OF AMERICA, ET AL. | MAGISTRATE JUDGE AYO |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 21, the petitioner's original and amended Petitions for Writ of Habeas Corpus, respondents' response to petition, Record Document 18, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petitions for Writ of Habeas Corpus are **DISMISSED WITHOUT PREJUDICE** as moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE